IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eula Anderson,                                        :
                                                      :
            Plaintiff(s),                             :
                                                      :    Case Number: 1:12cv974
        vs.                                           :
                                                      :    Chief Judge Susan J. Dlott
Commissioner of Social Security,                      :
                                                      :
            Defendant(s).                             :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on February 3, 2014 (Doc. 22), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 23, 2014,

hereby ADOPTS said Report and Recommendation.

Upon review, the plaintiff does not seek a direct award of benefits from the Court.  The

plaintiff only seeks a remand for further review and the Court agrees.

Therefore, the defendant's decision is **REVERSED** and **REMANDED** to the

Commissioner for further review under sentence four of 42 U.S.C. §405(g).   This matter is

hereby **TERMINATED** from the docket.

IT IS SO ORDERED.


                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court