IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Eula Anderson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv974 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 22, 2014 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 9, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for attorney's fees is **GRANTED** and that Plaintiff is awarded fees and expenses in the amount of $3,707.50.

IT IS SO ORDERED.

                                                                                          s/Susan J. Dlott
                                                                                         Chief Judge Susan J. Dlott
                                                                                         United States District Court